IN RE:  CASE NO. 08-54506

VICTOR P. HOWE
PAULINE P. HOWE   CHAPTER 7
    Debtors

REPORT OF UNCLAIMED
DIVIDEND

FILED 2011 JUN -6 PM 3:24 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that check #112 was issued on March 3, 2011 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #116 to the Clerk of Courts in the amount of $826.13 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

June 2, 2011

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 08-54506 - HOWE, VICTOR P.

| Account No. | Check No. | Issued | Payee |
|---|---|---|---|
| 9200-02554976-66 | 116 | 06/02/11 | U. S. BANKRUPTCY COURT |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Check Amount $826.13 Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02554976-66 | 14 | 112 | 05/29/09 | 610 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | 15,030.66 | 15,030.66 | 826.13 | 826.13 |

*handwritten:* Ck #116 receipt # 82394

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.